UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BAC HOME LOANS SERVICING, LP, )
)
       Plaintiff, )
)
v. ) No. 1:10-cv-960-LJM-DML
)
JULE A. WAKLEY, et al., )
)
       Defendants. )

## ORDER REMANDING ACTION

Consistent with the determination made this day, the action must be remanded as having been improperly removed to this court,

**IT IS THEREFORE ORDERED** that the action is remanded to the Marion Superior Court **as No. 49D14-1007-MF-029631.**

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Date: 11/04/2010

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Julie A. Wakley
12165 Golden Bluff Court
Indianapolis, IN 46236

Victor Wakley
12165 Golden Bluff Court
Indianapolis, IN 46236

Leanne S. Titus
Feiwell & Hannoy PC
ltitus@feiwellhannoy.com

Aimee Rivera Cole
Smith Fisher Maas & Howard
arivera@smithfisher.com

Rebecca Jean Mass
Smith Fisher Maas & Howard
rmass@smithfisher.com